Ryan Lee (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
CLAUDIA MONROY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 2 5 2010**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

JS6

| | |
|---|---|
| CLAUDIA MONROY, | Case No.: SA 09-CV-00970-AG(MLGx) |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] DEFAULT JUDGMENT |
| WORLDWIDE RECOVERIES, LLC, | |
| Defendant. | |

Defendant, WORLDWIDE RECOVERIES, LLC (Defendant), failed to plead or

otherwise defend this action, and therefore, on November 16, 2009, Deputy R. La Chapelle,

entered an order defaulting Defendant.  On December 16 2009, Plaintiff, CLAUDIA MONROY

(Plaintiff), filed a Motion for Entry of Default Judgment.

**IT IS ORDERED THAT** Default Judgment shall be entered against Defendant, and in

favor of Plaintiff, in the amount of ~~$7,302.00~~, which represents $2,000.00 in statutory damages

to Plaintiff; $4,452.00 in attorneys' fees; $350.00 in filing and service fees~~, and $500.00 in~~

~~anticipated collection costs.~~

$6,802.00

JAN 25, 2010